UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL ENGLISH

v.                                                                                                 CA 11-378 ML

A.T. WALL, RI D.O.C., AND
THE STATE OF RHODE ISLAND

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on August 24, 2011. No objection was filed and the time for doing so has passed. I have reviewed the Report and Recommendation and adopt it in its entirety.

Plaintiff's Motion to Proceed in Forma Pauperis is hereby denied and the Petition is DISMISSED without prejudice.

SO ORDERED:


s/s Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 20, 2011